No. 1588, Misc. DAUBIN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Meredith M. Daubin* for petitioner.

No. 1591, Misc. HUDSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 1594, Misc. RIORDAN v. DIVISION OF MOTOR VEHICLES, DEPARTMENT OF LAW AND PUBLIC SAFETY. Sup. Ct. N. J. Certiorari denied. *Mark F. Hughes, Jr.,* for petitioner. *Arthur J. Sills,* Attorney General of New Jersey, *Elias Abelson,* Assistant Attorney General, and *Thaddeus C. Raczkowski,* Deputy Attorney General, for respondent.

No. 1595, Misc. MONTEZ v. EYMAN, WARDEN. C. A. 9th Cir. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, for respondent.

No. 1599, Misc. NAM SING SHAK v. HAWAII. Sup. Ct. Hawaii. Certiorari denied.

No. 1603, Misc. PARNESS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1611, Misc. WRIGHT v. MICHIGAN. Ct. App. Mich. Certiorari denied. *Sam Adam* for petitioner. *Frank J. Kelley,* Attorney General of Michigan, and *Robert A. Derengoski,* Solicitor General, for respondent.

No. 1615, Misc. ODELL v. SCHMIDT ET AL. C. A. 7th Cir. Certiorari denied.